1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11    **Becky Barnes-Boers**,

12            Plaintiff,

13      v.

14    **Charanjiv Singh**; and Does 1-10,

15            Defendants

16

17

)    CASE NO. 2:13-CV-01582-TLN-
)    CMK
)
)
)    **ORDER GRANTING JOINT**
)    **MOTION TO MODIFY**
)    **SCHEDULING ORDER**
)
)
)
)
)
)
)

18

19                      **ORDER**

20        Pursuant to stipulation of the parties, and finding good cause therefore, this

21    Court hereby orders that case management deadlines shall be scheduled in this

22    matter shall be modified as follows:

23    • **Fact discovery cut-off**: January 15, 2015All discovery is left open, save and

24        except that it shall be so conducted as to be completed by January 15, 2015.

25        The word "completed" means that all discovery shall have been conducted

26        so that all depositions have been taken and any disputes relative to discovery

27        shall have been resolved by appropriate order if necessary and, where

28        discovery has been ordered, the order has been complied with. Motions to

- 1 -

1    compel discovery must be noticed on the magistrate judge's calendar in

2    accordance with the local rules of this court and so that such motions will be

3    heard not later than January 15, 2015.

4

5  Dated: September 5, 2014

6

7

8    _____

9    Troy L. Nunley
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF 1886933v1

- 2 -
ORDER