IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY BARNES-BOERS, | No. 2:13-cv-1582-TLN-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CHARANJIV SINGH, | |
| Defendant. | |
| _____/ | |

Pending before the court is plaintiff's request for sanctions relevant to a withdrawn motion to compel. Plaintiff originally filed the motion to compel defendant's production of documents, responses to interrogatories, and verifications to responses to interrogatories.

In the moving papers, plaintiff indicated to the court that her attempts to meet and confer with the defendant went unanswered, and filed her motion without a joint statement due to lack of communication. After the filing of the motion, defendant apparently responded to the discovery demands, rendering the motion moot. Plaintiff agreed the motion to compel was moot, but requested the court consider ordering sanctions based on the necessity of filing the motion in order to compel defendant's cooperation in completing the discovery.

1

In her motion, plaintiff requests $2800 in sanctions, based on a total of 14 hours of work related to the motion. She claims she spent three hours in meet and confer attempts, eight hours drafting the motion, and anticipated three hours in filing a reply. She indicates her hourly billing rate is $200.

Federal Rule of Civil Procedure 37(a)(5)(A) states:

> If the motion [to compel] is granted – or if the disclosure or requested discovery is provided after the motion was filed – the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees.

However, the court must not order this payment if the movant failed to attempt to resolve the discovery dispute prior to filing the motion, the opposing party's position was substantially justified, or an award would be unjust. See Rule 37(a)(5)(A)(I)-(iii).

As the defendant provided the requested discovery after the motion was filed, and there is no indication that an award would be unjust or otherwise improper, the court is required to order the defendant to pay plaintiff's reasonable expenses incurred in making the motion. However, the undersigned finds the amount requested unreasonable. The amount of time spent in meet and confer attempts, and the amount of time counsel indicates was spent on drafting the motion and/or reply are excessive. The undersigned finds sanctions in the amount of $500 to be appropriate.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for sanctions is granted in the amount of $500.00.

DATED: December 18, 2014

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2